UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR SHABAZZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JEFFERY A. BEARD, et al.,<br><br>　　　　Defendants. | 1:15-cv-00881-DAD-EPG-PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS ENTERED ON AUGUST 30, 2016<br>(ECF No. 20.) |

**I.　BACKGROUND**

　　Amir Shabazz ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on October 6, 2014.  (ECF No. 1.)

　　On July 30, 2015, Plaintiff filed the First Amended Complaint.  (ECF No. 13.)  On August 18, 2016, the Court screened the First Amended Complaint and issued an order dismissing the First Amended Complaint with leave to file a Second Amended Complaint within thirty days.  (ECF No. 19.)

　　On August 30, 2016, the Court entered findings and recommendations, recommending that this action be dismissed, with prejudice, for Plaintiff's failure to state a claim.  (ECF No. 20.)  Plaintiff was granted thirty days in which file objections to the findings and recommendations.  These findings and recommendations were entered in error and shall be

vacated from the record.  Plaintiff is not required to file any objections to accomplish this result.

Plaintiff is advised that the Court's August 18, 2016 order remains in effect.  (ECF No. 19.)  Pursuant to that order, Plaintiff has leave to file a Second Amended Complaint not exceeding twenty-five pages within thirty days after August 18, 2016.  Plaintiff should review the August 18, 2016 order for instructions and guidance.

**II.      CONCLUSON**

Accordingly, based on the foregoing and good cause appearing, IT IS HEREBY ORDERED that:

1. The findings and recommendations entered on August 30, 2016, are VACATED;
2. The Court's order issued on August 18, 2016, remains in effect; and
3. Pursuant to the Court's order issued on August 18, 2016, Plaintiff has leave to file a Second Amended Complaint within thirty days after August 18, 2016.

IT IS SO ORDERED.

Dated:   **August 31, 2016**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE