UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR SHABAZZ,<br><br>        Plaintiff,<br><br>v.<br><br>JEFFREY A. BEARD, *et al.*,<br><br>        Defendants. | Case No. 1:15-cv-00881-DAD-EPG-PC<br><br>ORDER FOR CLERK TO SEND PLAINTIFF COPY OF FIRST AMENDED COMPLAINT FILED JULY 30, 2015<br><br>(ECF No. 24) |

     Plaintiff Amir Shabazz is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On July 30, 2015, Plaintiff filed the First Amended Complaint ("FAC") in this action. (ECF No. 13.) The Court dismissed the FAC and granted Plaintiff leave to file a second amended complaint. (ECF No. 19.)

     On October 3, 2016, Plaintiff filed a request for a copy of the FAC. He states that his copy of the FAC was lost in a search of his cell. Plaintiff's request is GRANTED. Plaintiff is advised, however, that he need not attach extensive exhibits or other documents to his second amended complaint; it should only contain factual allegations explaining what happened and why he believes that he is entitled to legal relief. Plaintiff should carefully review the Court's order dismissing the FAC in deciding how and whether to plead his claims in the second amended complaint.

///

Case 1:15-cv-00881-DAD-EPG   Document 25   Filed 10/06/16   Page 2 of 2


Accordingly, the Clerk of the Court is DIRECTED to send Plaintiff a copy of the First Amended Complaint filed on July 30, 2015 (ECF No. 13).

IT IS SO ORDERED.

Dated:   **October 5, 2016**                    /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE