| | |
|---|---|
| AMIR SHABAZZ,<br><br>        Plaintiff,<br><br>    v.<br><br>JEFFREY A. BEARD, et al.,<br><br>        Defendants. | No. 1:15-cv-00881-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL, DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. No. 30) |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff Amir Shabazz, appearing pro se and *in forma pauperis*, originally filed this civil rights action brought pursuant to 42 U.S.C. § 1983 on October 16, 2014. (Doc. No. 1.) The action is currently proceeding on plaintiff's Second Amended Complaint ("SAC"), which plaintiff filed on October 6, 2016. (Doc. No. 26.)

On February 23, 2017, this court permitted plaintiff to "proceed on his Eighth Amendment claim in his [SAC]," but noted that claim "may not be brought against certain defendants in their supervisorial capacities." (Doc. No. 29.) On March 7, 2017, the assigned magistrate judge found service of the SAC appropriate on a subset of the named defendants (Doc. No. 31) and issued findings and recommendations recommending the other named defendants who appeared to be sued in a purely supervisorial capacity be dismissed from this action. (Doc. No. 30.)

1

1 | The findings and recommendations were served on plaintiff with instructions that any
2 | objections thereto must be filed within 30 days.  Plaintiff did not file any objections, and the
3 | deadline for doing so has lapsed.
4 | In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
5 | de novo review of the case.  Having carefully reviewed the entire file, the court finds that the
6 | findings and recommendations are supported by the record and proper analysis.
7 | Accordingly:
8 | 1. The findings and recommendations (Doc. No. 30), are adopted in full; and
9 | 2. Plaintiff's claims against defendants Edmund G. Brown, Arnold Schwarzenegger, Jeffrey
10 |    A. Beard, and Matthew Cate are dismissed from the case.  The Clerk of the Court is
11 |    directed to terminate these parties as defendants in this action.

IT IS SO ORDERED.

Dated: **August 4, 2017**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE