UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR SHABAZZ,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY A. BEARD, et al.,<br><br>    Defendants. | No. 1:15-cv-00881-DAD-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT DEFENDANT BRAZELTON BE DISMISSED<br><br>(Doc. No. 64) |

Plaintiff Amir Shabazz is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action now proceeds on plaintiff's Second Amended Complaint. (Doc. No. 26.) The matter was referred to the assigned magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 9, 2018, the assigned magistrate judge issued findings and recommendations that defendant Paul D. Brazelton be dismissed without prejudice pursuant to Rules 4(m) and 25(a) of the Federal Rules of Civil Procedure. (Doc. No. 64.) Defendant Brazelton passed away on November 11, 2016. (*Id.* at 1.) The findings and recommendations were served on the parties with instructions that any objections must be filed within twenty-one days. (*Id.* at 4.) The twenty-one day period has expired, and the parties have not filed any objections to the pending findings and recommendations.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court holds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on March 9, 2018, (Doc. No. 64), are adopted in full;
2. Defendant Paul D. Brazelton is dismissed without prejudice pursuant to Rules 4(m) and 25(a) of the Federal Rules of Civil Procedure; and
3. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **July 24, 2018**

_____
UNITED STATES DISTRICT JUDGE